[No. 1992-1.    Division One.    June 17, 1974.]

GEORGE T. NICKELL, *Respondent,* v. ERICH LUCAS *et al.,*
*Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 736130, F. A. Walterskirchen, J., entered Octo-
ber 20, 1972. *Affirmed* by unpublished opinion per Callow,
J., concurred in by Horowitz and Williams, JJ.

[No. 2439-1.    Division One.    June 17, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIE
WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 63086, Erle W. Horswill, J., entered July 13,
1973. *Dismissed* by unpublished opinion per Swanson, C.J.,
concurred in by James and Williams, JJ.

[No. 936-3.    Division Three.    June 17, 1974.

THE STATE OF WASHINGTON, *Respondent,* v. RON KITZKE,
*Appellant.*

Appeal from a judgment of the Superior Court for Che-
lan County, No. 4670, B. E. Kohls, J., entered July 31, 1973.
*Affirmed* by unpublished opinion per McInturff, J., con-
curred in by Green, C.J., and Munson, J.

[No. 959-3.    Division Three.    June 18, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY
JOSEPH GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 3029, James J. Lawless, J., entered
August 31, 1973. *Affirmed* by unpublished per curiam opin-
ion.